



## MEMORANDUM OPINION

No. 04-11-00031-CR

Roy Espinosa **ANTHONY**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 175th Judicial District Court, Bexar County, Texas
Trial Court No. 2010-CR-10823
Honorable Mary Roman, Judge Presiding

PER CURIAM

Sitting:      Phylis J. Speedlin, Justice
              Rebecca Simmons, Justice
              Steven C. Hilbig, Justice

Delivered and Filed:  March 16, 2011

DISMISSED FOR WANT OF JURISDICTION

The clerk's record shows that appellant was indicted for driving while intoxicated-third offense on October 26, 2010. The State subsequently filed a motion to dismiss the indictment asserting that appellant had already been convicted of the offense in another case, Trial Court No. 2009-CR-5539. The trial court granted the State's motion to dismiss, and dismissed the underlying case, Trial Court No. 2010-CR-10823, on December 6, 2010. Appellant filed a pro se notice of appeal on December 22, 2010. There being no judgment of conviction or other

appealable order in this case, and no trial court certification of right to appeal, appellant was ordered to show cause why this appeal should not be dismissed for want of jurisdiction. TEX. R. APP. P. 25.2(a)(2). Appellant did not respond. Accordingly, this appeal is dismissed for want of jurisdiction. TEX. R. APP. P. 25.2(d).

PER CURIAM

DO NOT PUBLISH